1  Ray K. Shahani, Esq., State Bar No. 160,814
   Attorney at Law
2  Oyster Point Marina Plaza
   400 Oyster Point Blvd., Suite 518
3  South San Francisco, California 94080
   Telephone:     (650) 348-1444
4  Facsimile:     (650) 348-8655
   Email:         rks@attycubed.com
5
   In Pro Per
6

7
                  UNITED STATES DISTRICT COURT
8
          NORTH DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
9
   RAY K. SHAHANI,                    |    Case No:        3:16-cv-3862-JSC
10
                 Plaintiff,           |    Honorable JACQUELINE SCOTT CORLEY
11
        vs.                           |    RESPONSE TO ORDER TO SHOW
12                                    |    CAUSE RE SUBJECT MATTER
   NIEVES (NICK) MOCTEZUMA, and DOES  |    JURISDICTION
13 1-25                               |
                                      |
14               Defendants.          |
                                      |
15                                    |
                                      |
16                                    |
                                      |
17 _____   |    _____

18

19      Plaintiff RAY K. SHAHANI (hereafter "Plaintiff") hereby responds to the ORDER TO

20 SHOW CAUSE RE SUBJECT MATTER JURISDICTION issued by this Court (Dkt. No. 20) in

21 regards to Plaintiff's MOTION FOR ENTRY OF DEFAULT JUDGMENT against Defendant

22 NIEVES (NICK) MOCTEZUMA, an Individual (hereafter "Defendant") (Dkt. No. 17).

23 **I.      POSSESSION OF INFRINGING RECORDINGS IS VIOLATION**

24      Plaintiff does have a "real and reasonable apprehension" of being found liable for

25 copyright infringement, as required under *Abrahams v. Hard Drive Prods., Inc.,* No. C-12-01006

26 JCS, 2012 WL 5499853, at *4 (N.D. Cal. Nov. 13, 2012), which held that a plaintiff must show a

27 "real and reasonable apprehension" that they may be subject to liability to establish subject matter

28 jurisdiction under the Declaratory Judgment Act.

1   "Copyright protection subsists . . . in original works of authorship fixed in any tangible

2   medium of expression . . . from which they can be perceived, reproduced, or otherwise

3   communicated, either directly or with the aid of a machine or device. Works of authorship include

4   the following categories: . . . (2) musical works, including any accompanying words; [and] (7) sound

5   recordings". 17 USC § 102(a)

6   The owner of copyright has exclusive rights to do and to authorize any of the following: (1)

7   to reproduce the copyrighted work in copies or phonorecords; (2) to prepare derivative works based

8   upon the copyrighted work; (3) to distribute copies or phonorecords of the copyrighted work to the

9   public by sale or other transfer of ownership, or by rental, lease, or lending. 17 USC § 106

10   17 USC § 501(a) states:: "**Anyone** who violates any of the exclusive rights of the copyright

11   owner as provided by sections 106 through 122 . . . is an infringer of the copyright or right of the

12   author".  17 USC § 501(b) states: "The legal or beneficial owner of an exclusive right under a

13   copyright is entitled . . . to institute an action for any infringement of that particular right committed

14   while he or she is the owner of it." (**Bold** added for emphasis.)

15   Finally, 17 U.S. Code § 506 entitled "Criminal offenses", subpart (a)(1) (A) states that "[a]ny

16   person who willfully infringes a copyright shall be punished as provided under section 2319 of title

17   18, if the infringement was committed" ... "for purposes of commercial advantage or private

18   financial gain".

19   In the present case, Shahani commissioned Moctezuma to photograph and prepare a

20   multimedia video presentation. Moctezuma included copyright-protected sound recordings which

21   make the multimedia video presentation a copyright infringement. Shahani paid for the infringing

22   presentation and is in possession of the presentation. Shahani is liable for copyright infringement to

23   the copyright owners for personal use of the copyright infringing multimedia video presentation.[1]

24   ## II.   PLAINTIFF MAY NOT HAVE ACCESS TO STATE COURTS

25

26   _____

27   [1]In 1997, Congress passed the No Electronic Theft Act (also known as the "NET" Act). The
NET Act made it a crime to share computer files containing copyrighted songs, movies, etc. with
friends or with strangers through the internet. Regardless of who copied the infringed work, the copy

28   is a violation of copyright law, and even personal use of the copy is a violation of copyright law.

State law is preempted by the Copyright Act. In 1976, Congress introduced a single, preemptive federal statutory scheme for copyright law. The federal preemption provision, codified at 17 U.S.C. § 301(a), states that:

> On and after January 1, 1978, all legal or equitable rights that are equivalent to any of the exclusive rights within the general scope of copyright as specified by section 106 in works of authorship that are fixed in a tangible medium of expression and come within the subject matter of copyright as specified by sections 102 and 103, whether created before or after that date and whether published or unpublished, are governed exclusively by this title. Thereafter, no person is entitled to any such right or equivalent right in any such work under the common law or statutes of any State.

Thus, if (1) the work at issue comes within the subject matter of copyright as defined by Section 102, and (2) the rights granted under the state law are equivalent to any of the exclusive rights granted by Section 106. *United States ex rel. Berge v. Bd. of Trustees of the Univ. of Alabama*, 104 F.3d 1453, 1463 (4th Cir. 1997).

Therefore, while Shahani could very well bring a lawsuit in State court for breach of contract and declaratory relief of non-infringement of copyright, the latter claims would almost certainly be dismissed as one for which Federal courts have exclusive jurisdiction.[2]

## III.   COPYRIGHT OWNERS MAY BE INDISPENSABLE PARTIES

Federal Rules of Civil Procedure Rule 19(a)(1) entitled "Persons Required to Be Joined If Possible" state that a person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if (A) in that person's absence, the court cannot accord complete relief among existing parties; or (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may: (I) as a practical matter impair or impede the person's ability to protect the interest; or (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest."

FRCP Rule 19 (a)(2) states that [i]f a person has not been joined as required, the court must

---

[2]It is respectfully urged that even a State court claim brought by Shahani for straight breach of contract under California law could be considered preempted by Federal law and dismissed on demur as failing to state facts sufficient to constitute a cause of action. Cal. Code Civ. Pro. § 430.10(e).

1   order that the person be made a party. A person who refuses to join as a plaintiff may be made either

2   a defendant or, in a proper case, an involuntary plaintiff.

3        In the present case, the Court has opined that it cannot "declare Plaintiff not infringing when

4   the copyright owners are not parties to the suit." (Dkt. No. 20 at 22). The Court has also determined

5   "Plaintiff is not an owner of any of the copyrighted material in question and the owners are not

6   parties." (Dkt. 20 at 11.)

7   **IV.**   **COPYRIGHT OWNERS MIGHT BE PERMISSIVELY JOINED**

8        Federal Rules of Civil Procedure Rule 20 entitled "Permissive Joinder of Parties" states:

9   "(a) Persons Who May Join or Be Joined.

10        (1) Plaintiffs. Persons may join in one action as plaintiffs if:

11             (A) they assert any right to relief jointly, severally, or in the alternative with

12             respect to or arising out of the same transaction, occurrence, or series of

13             transactions or occurrences; and

14             (B) any question of law or fact common to all plaintiffs will arise in the action.

15        ***

16        (3) Extent of Relief. Neither a plaintiff nor a defendant need be interested in obtaining or

17   defending against all the relief demanded. The court may grant judgment to one or more

18   plaintiffs according to their rights, and against one or more defendants according to their

19   liabilities.

20   (b) Protective Measures.

21        The court may issue orders—including an order for separate trials—to protect a party

22   against embarrassment, delay, expense, or other prejudice that arises from including a

23   person against whom the party asserts no claim and who asserts no claim against the

24   party."

25        Plaintiff has not notified any of the copyright owners of the copyright infringement, but

26   he could. As is well know, copyrights in popular sound recordings are often assigned to artists

27   and performers rights-collecting agencies such as ASCAP (American Society of Composers,

28   Authors and Publishers) and BMI (Broadcast Music, Inc.). Attached hereto as Exhibits A-D are

1  printouts of public records that show ownership of rights held by BMI as well as third-party

2  retailers including iTunes and Amazon in the songs infringed by Moctezuma.

3         Shahani hereby respectfully requests this Court hold that the copyright owners of the

4  infringed musical recordings be added as voluntary plaintiffs under FRCP Rule 19(a)(2). In the

5  alternative, Shahani seeks leave to file a motion to join BMI and the other rights holders joined

6  permissively under FRCP Rule 20(a)(1). In either case, the copyright owners themselves need

7  not be required to pursue their claims for copyright infringement against Moctezuma if they elect

8  not to. However, to the extent their presence is necessary for this Court to exercise subject matter

9  jurisdiction, the copyright owners could be made voluntary or involuntary plaintiffs.

10 **V.      CONCLUSION**

11        Plaintiff Shahani hereby requests this Court to find that Shahani has alleged a real and

12 reasonable apprehension that he may be subject to liability for copyright infringement that is

13 sufficient to find this Court has subject matter jurisdiction. Like with downloaded music or

14 games, being in possession of illegal products can be a criminal violation. In this case, it could

15 subject Shahani to criminal prosecution.

16        If, however, the Court has any doubt, Shahani hereby requests leave to file, within 60

17 days, a motion under either FRCP Rule 19 or 20 to join as plaintiffs the copyright owners in the

18 infringed musical works. Once one or more of the copyright owners has joined the action,

19 Defendant can be re-served with a copy of a re-issued Summons and Amended Complaint. Such

20 motion to join parties could be filed within the next 60 days.

21                                              RAY K. SHAHANI
                                                ATTORNEY AT LAW
22

   Dated: December 12, 2016            By:      _____/Ray K. Shahani/_____
23                                              Ray K. Shahani, Esq.
                                                Attorney at Law
24

   *///*
25

26

27

28

1

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN MATEO

2

3     I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Oyster Point Marina Plaza, 400 Oyster Point Blvd., Suite 518, South San Francisco, CA 94080.

4

5     On **December 12, 2016**, I served the foregoing document(s) described as:

6     1.     Response to Order to Show Cause re Subject Matter Jurisdiction

7     by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

8     I deposited such envelope in the mail in South San Francisco, California. The envelope was mailed by First Class Mail with postage thereon fully prepaid.

9

10     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at South San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

11

12

13     Mailing List:
      1.     Nieves Moctezuma
14            950 W. 100 South
             Orem, UT 84058
15

16     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

17     Executed on **December 12, 2016**, at South San Francisco, California.

18

19                                           Tim T. Le

20

21

22

23

24

25

26

27

28

EXHIBIT A

# ⭐ HOW DEEP IS YOUR LOVE
**TITLE**

### TITLE DETAIL

**BMI Work #** 591801

**ISWC #** T-070918858-8

**Total Controlled by BMI:** 100.00%

### ALTERNATE TITLES:

QUE PROFUNDO ES TU AMOR

QUE TAN PROFUNDO ES TU AMOR

QUE GRANDE ES TU AMOR

| SONGWRITER/COMPOSER | CURRENT AFFILIATION | CAE/IPI # |
|---|---|---|
| ● GIBB BARRY ALAN | BMI | 11811727 |
| ● GIBB MAURICE ERNEST | BMI | 11811825 |
| ● GIBB ROBIN HUGH | BMI | 11812038 |

| PUBLISHERS | CURRENT AFFILIATION | CAE/IPI # |
|---|---|---|
| ● CROMPTON SONGS | BMI | 434165571 |
| ● GIBB BROTHERS MUSIC | BMI | 11669400 |

### ARTISTS

● BEE GEES

● CLAYDERMAN RICHARD

● DEMPSEY JIMMY

● HEART TO HEART

● MATHIS JOHNNY

● WHITE PETER

⭐ Denotes BMI Award Winning Song!

EXHIBIT B

## iTunes Preview

Overview    Music    Video

iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from Independiente by Ricardo Arjona, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes    Free Download

View More by This

# Independiente

### Ricardo Arjona

Open iTunes to preview, buy, and download music.



$9.99
Genres: Pop Latino, Music, Latino
Released: 2011
℗ 2011 Metamorfosis Enterprises Limited

## Customer Ratings

11 Ratings

## Influenced by This Artist

Luciano Pereyra
Jeremías

## Contemporaries

Timbiriche
Ricardo Montaner
Yolandita Monge
Sergio Vargas
Franco de Vita
Fey
Mijares

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Lo Que Está Bien Está Mal | Ricardo Arjona | 3:43 | $1.29 | View in iTunes |
| 2 | Hay Amores | Ricardo Arjona | 4:17 | $1.29 | View in iTunes |
| 3 | A la Medida | Ricardo Arjona | 3:45 | $1.29 | View in iTunes |
| 4 | El Amor | Ricardo Arjona | 4:46 | $1.29 | View in iTunes |
| 5 | Lo Mejor de Lo Peor | Ricardo Arjona | 4:02 | $1.29 | View in iTunes |
| 6 | Mi Novia Se Me Está Poniendo Vi… | Ricardo Arjona | 5:11 | $1.29 | View in iTunes |
| 7 | Te Juro | Ricardo Arjona | 3:52 | $1.29 | View in iTunes |
| 8 | Fuiste Tú (feat. Gaby Moreno) | Ricardo Arjona | 4:25 | $1.29 | View in iTunes |
| 9 | Te Quiero | Ricardo Arjona | 4:38 | $1.29 | View in iTunes |
| 10 | Si Tú No Existieras | Ricardo Arjona | 4:00 | $1.29 | View in iTunes |
| 11 | Reconciliación | Ricardo Arjona | 5:05 | $1.29 | View in iTunes |
| 12 | Se Fue | Ricardo Arjona | 4:47 | $1.29 | View in iTunes |
| 13 | Caudillo | Ricardo Arjona | 5:05 | $1.29 | View in iTunes |
| 14 | Mi Novia Se Me Está Poniendo Vi… | Ricardo Arjona | 5:05 | $1.29 | View in iTunes |

14 Songs

## Customer Reviews

Excelente disco
by elchinoblues

Muy buen disco producido de forma independiente por la disquera de Arjona. Alta calidad

Me gustan todas
by Jenrry zuniga

Sigan escuchándolo

Alejandra Guzmán
Elefante
Duncan Dhu

Album Independiente – Ricardo Arjona
by Lorenia Misiaszek

Una fuente de inspiración. Gracias Arjona.

A source of inspiration. Thank you Arjona.

## Biography

Born: January 19, 1964 in Antigua, Guatemala
Genre: Pop Latino
Years Active: '90s, '00s, '10s

Guatemalan singer/songwriter Ricardo Arjona is one of the more respected Latin artists, mostly for his social conscience and his integrity in writing and performing songs. Born in Antigua, he was interested in music from early age but later decided to become a rural schoolteacher. He also played basketball for the Guatemalan nat team, but continued to play guitar and write songs in his spare time. After realizing that music was vocation, h moved to Mexico City; once there, he began looking...

## Top Albums and Songs by Ricardo Arjona


1. Viaje
View in iTunes


2. Quién Dijo Ayer
View in iTunes


3. Simplemente Lo …
View in iTunes


4. Vivo
View in iTunes


5. Historias
View in iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Desnuda | Simplemente Lo Mejor | 4:15 | $1.29 | View in iTunes |
| 2 | Fuiste Tú (feat. Gaby Moreno) | Independiente | 4:25 | $1.29 | View in iTunes |
| 3 | Quiero | Quién Dijo Ayer | 4:52 | $1.29 | View in iTunes |
| 4 | El Problema | Santo Pecado | 5:30 | $1.29 | View in iTunes |
| 5 | Señora de las Cuatro Décadas | Historias | 5:06 | $1.29 | View in iTunes |
| 6 | Jesús Verbo No Sustantivo (S… | Quién Dijo Ayer | 6:47 | $1.29 | View in iTunes |
| 7 | Te Conozco | Quién Dijo Ayer | 4:08 | $1.29 | View in iTunes |
| 8 | Quién | Quién Dijo Ayer | 4:16 | $1.29 | View in iTunes |
| 9 | Ella y El | Si el Norte Fuera el Sur | 6:13 | $1.29 | View in iTunes |
| 10 | Desnuda | Sin Daños a Terceros | 4:14 | $1.29 | View in iTunes |
| 11 | Historia de Taxi | Quién Dijo Ayer | 6:42 | $1.29 | View in iTunes |

## Listeners Also Bought


Franco de Vita en …
Franco de Vita


Creo en Mi
Natalia Jiménez


¿Con Quién Se Qu…
Jesse & Joy


20 Grandes Éxitos…
Laura Pausini


Dejarte de Am…
Camila

View in iTunes     View in iTunes     View in iTunes     View in iTunes     View in iTunes

| | Name | Album | Artist | Time | Price | |
|---|---|---|---|---|---|---|
| 1 | Mientras Tanto (fe… | Mientras Tanto (feat. | Tommy Torres | 5:30 | $1.29 | View in iTunes |
| 2 | Hice Llorar Hasta … | Paraíso Express (Delu | Alejandro Sanz | 4:09 | $1.29 | View in iTunes |
| 3 | ¡Corre! | ¿Con Quién Se Queda | Jesse & Joy | 4:48 | $1.29 | View in iTunes |
| 4 | Te Fuiste de Aquí … | Reik (En Vivo Desde | Reik | 3:46 | $1.29 | View in iTunes |
| 5 | Alma Gemela | Bien Acompañado | Reyli Barba & Camila | 3:43 | $0.99 | View in iTunes |
| 6 | Felicidades (Live A… | Dos Mundos Revoluc | Alejandro Fernánd… | 4:14 | $1.29 | View in iTunes |
| 7 | Convénceme | Viajero Frecuente (Bo | Ricardo Montaner | 3:39 | $0.99 | View in iTunes |
| 8 | Querido Tommy | Querido Tommy – Si | Tommy Torres | 4:59 | $1.29 | View in iTunes |
| 9 | Se Vende | La Música No Se Toc | Alejandro Sanz | 3:51 | $1.29 | View in iTunes |
| 10 | Si Quieres Decir A… | Franco de Vita en Pri | Franco de Vita | 4:31 | $1.29 | View in iTunes |

## App Store on Facebook and Twitter



Discover and share new apps.
Follow us on @AppStore.

14M   👍 Like

## iTunes on Facebook



Discover and share new music, movies, TV, books, and more.

31M   👍 Like

## iTunes on Twitter



Follow us @iTunes and new iTunes Radio Statio and the music we love.

  iTunes

**Shop and Learn**
Mac
iPad
iPhone
Watch
TV
Music
iTunes
iPod
Accessories
Gift Cards

**Apple Store**
Find a Store
Genius Bar
Workshops and Learning
Youth Programs
Apple Store App
Refurbished
Financing
Reuse and Recycling
Order Status
Shopping Help

**For Education**
Apple and Education
Shop for College

**For Business**
Apple and Business
Shop for Business

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Supplier Responsibility

**About Apple**
Apple Info
Newsroom
Job Opportunities
Press Info
Investors
Events
Contact Apple

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2016 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map

EXHIBIT C



Try Prime          Digital Music

Departments          Browsing History          ray's Amazon.com          Hello, ray
                                                                        Account & Lists          Orders          Try Prime

music          Amazon Music Unlimited    Prime Music    CDs & Vinyl    Download Store          Open Web Player

Introducing
Family Plan                                Amazon Music Unlimited
                                           Learn more

## Have I Told You Lately (2008 Remastered Version)

Rod Stewart

From the Album Vagabond Heart
March 25, 1991

50 customer reviews

Start your 30-day free trial of Unlimited to listen to this song plus tens of millions
more songs. Exclusive Prime pricing.
**$1.29** to buy

music

Go Unlimited
Start your 30-day free trial

Listen to any song, anywhere with Amazon
Music Unlimited. Learn More

Buy song $1.29

Add to MP3 Cart

More options



▶  Sample this song

▶  Have I Told You Lately (2008 Remastered Version)          4:01          $1.29

Sold by Amazon Digital Services LLC. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Related Video Shorts

    

Rod Stewart - Interview          Rod Stewart - Rod Stewart          Rod Stewart - Rod Stewart          Rod Stewart - Blue Skies          Rod Stewart - Blue M
with Rod Stewart                 International EPK                  iTunes Interview

## Customers Also Listened To These Songs



**Crazy Little Thing Called Love**
Michael Bublé
10
Stream or buy for $1.29



**Lullabye (Goodnight, My Angel)**
Billy Joel
25
Stream or buy for $1.29

**Pinch Me**
Barenaked Ladies
10
Stream or buy for $1.29



**Wherever You Will Go**
The Calling
25
Stream or buy for $1.29

**Bad Day**
Daniel Powter
67
Stream or buy for $1.2

## Product Details

**Original Release Date:** March 25, 1991

**Release Date:** May 1, 2013

**Label:** Rhino/Warner Bros.

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Duration:** 4:01 minutes

**Genres:**

Classic Rock

Pop > Adult Contemporary

Pop > Pop Rock

Rock

**ASIN:** B001KVVK5C

**Average Customer Review:**          50 customer reviews

**Amazon Best Sellers Rank:** #10,817 Paid in Songs (See Top 100 Paid in Songs)

#400 in MP3 Downloads > Songs > Pop > **Adult Contemporary**

#483 in MP3 Downloads > Songs > Classic Rock > **Album-Oriented Rock (AOR)**

#1008 in MP3 Downloads > Songs > Pop > **Pop Rock**

## Customer Reviews

50

4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 10% |
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews

### Top Customer Reviews

**Another beautiful cover song.**

By dash-o on November 11, 2009

Format: MP3 Music

I've heard several covers of Have I Told You Lately, and think that Rod Stewart sings it better. Perhaps because in listening to him it makes me believe that he is actually singing it from the heart. I got this one for my other half and she loved it; I scored several points.

Comment    5 people found this helpful. Was this review helpful to you?   Yes   No   Report
abuse

### Most Recent Customer Revi

**Great song!**

Love it
Published 1 month ago by Amazon Custom

**Five Stars**

great
Published 3 months ago by E. Ault

**Five Stars**

Great
Published 4 months ago by quiet please

**Five Stars**

fine
Published 5 months ago by feminamaxima

**Rod can sing**

Favorite
Published 5 months ago by Barbara R. Ru

**Five Stars**

Discribes how zI fEeL for my fiance

### Just realized this wonderful song is more than just romantic love

By CCL on November 4, 2014

Format: MP3 Music

Just realized this wonderful song is more than just romantic love.

"There's love that's divine and it's yours and it's mine like the sun. And at the end of the day, we should give thanks and pray to the One".

Thank you Lord for taking away all sadness and filling our lives with gladness!

Comment   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### To my daughter on her wedding day..."Our Song."

By Pat Imel on April 12, 2015

Format: MP3 Music   Verified Purchase

Favorite singer and second most favorite Rod Stewart song. Will be playing it for my daughter on her wedding day, as I have sang this song to her many times. I want us to have a special moment at the wedding, and what better way to do it than with this song that has become "our" song for my daughter and me.

Comment   Was this review helpful to you?   Yes   No   Report abuse

### Moving Song with Great Lyrics

By D. W. Davis on January 19, 2013

Format: MP3 Music   Verified Purchase

When I'm working on a scene in one of my stories and I need to set the mood for a poignant couple's moment, listening to Rod Stewart sing Have I Told You Lately always helps put me in the right frame of mind. Rod's version of the song makes me want to get right up from what I'm doing and tell my wife how much I love her.

Comment   Was this review helpful to you?   Yes   No   Report abuse

### Song for a friend

By Charles Blood on March 13, 2014

Format: MP3 Music   Verified Purchase

My friend's dad passed away and this was his favorite song, I bought the song and used the song at the funeral, the family was thankful for me doing that.,.

Comment   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Good

By Tightwad on June 25, 2013

Format: MP3 Music   Verified Purchase

A good Rod Stewart song but price could be better. Amazon should be able to get the cost under $.99. $.79 would be better. Would encourage more sales.

Comment   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Special Reason

By Douglas E. Watts on July 18, 2013

Format: MP3 Music   Verified Purchase

This is one of the songs we used in our wedding. We didn't know how long it really is so we stood there looking at each other crying and laughing under our breath until it was done. Will always be special to us.

Comment   Was this review helpful to you?   Yes   No   Report abuse

### I love this song!

By Marqi on March 21, 2013

---

Published 6 months ago by Amazon Custo

### Have I told you lately s

Love this song
Published 6 months ago by badkitty9

### Five Stars

I like
Published 9 months ago by Sassy

### Five Stars

excellent
Published 10 months ago by Amazon Cust

### Five Stars

Good remaster
Published 10 months ago by Susan Murph

### Search Customer Reviews

Searc

Format: MP3 Music    **Verified Purchase**

The words in this song say what my late husband would always tell me. It reminds me so much of
him. I own the CD and like most of the songs alot. I had to have this one to listen to on my Kindle
Fire.

Comment    Was this review helpful to you?    Yes    No    Report abuse

**See all verified purchase reviews (newest first)**

Write a customer review

## What Other Items Do Customers Buy After Viewing This Item?



Have I Told You Lately [Unplugged Version]
Rod Stewart
                        50
$1.29



Forever Young (2008 Remastered Version)
Rod Stewart
                        71
$1.29



You Are So Beautiful (Album Version)
Joe Cocker
                        84
$1.29

I Cross My Heart
George Strait
                118
$1.29

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

## Amazon Payment Products

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help

Your Account

Your Orders

Shipping Rates

Amazon Prime

Returns & Repla

Manage Your C

Amazon Assista

Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Inspire**<br>Free Digital Educational<br>Resources | **Amazon Rapids**<br>Fun stories for<br>kids on the go | **Amazon Video Direct**<br>Video Distribution<br>Made Easy | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books |
| **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home | **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography |
| **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Prime Now**<br>FREE 2-Hour Delivery<br>on Everyday Items |
| **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Whispercast**<br>Discover & Distribute<br>Digital Content |
| | | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

EXHIBIT D

**iTunes** Preview

Overview      Music      Video

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from Now & Forever (A Wedding Song) – Single by David Goldstein, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes    Free Download

View More by This

# Now & Forever (A Wedding Song) – Single

## David Goldstein

Open iTunes to preview, buy, and download music.



| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Now & Forever (A Wedding Song) | David Goldstein | 5:09 | $0.99 | View in iTunes |

1 Song

### Top Albums and Songs by David Goldstein

$0.99
Genres: Pop, Music
Released: Jun 24, 2015
℗ 2015 David Goldstein

 

1. If Angels could S...
View in iTunes



2. Now & Forever (...
View in iTunes

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Album | Time | Price | |
|---|------|-------|------|-------|---|
| 1 | Now & Forever (A Wedding ... | Now & Forever (A Wedding Sor | 5:09 | $0.99 | View in iTunes |
| 2 | Ose Shalom (The One Who ... | If Angels could Sing: Songs of | 4:27 | $0.99 | View in iTunes |
| 3 | Sim Shalom | Milken Archive Digital Vol. 4 A | 3:25 | $0.99 | View in iTunes |

### App Store on Facebook and Twitter



Discover and share new apps. Follow us on @AppStore.

14M     Like

### iTunes on Facebook



Discover and share new music, movies, TV, books, and more.

31M     Like

### iTunes on Twitter



Follow us @iTunes and new iTunes Radio Statio and the music we love.

iTunes

**Shop and Learn**

Mac

iPad

iPhone

Watch

TV

Music

iTunes

iPod

Accessories

Gift Cards

**Apple Store**

Find a Store

Genius Bar

Workshops and Learning

Youth Programs

Apple Store App

Refurbished

Financing

Reuse and Recycling

Order Status

Shopping Help

**For Education**

Apple and Education

Shop for College

**For Business**

Apple and Business

Shop for Business

**Account**

Manage Your Apple ID

Apple Store Account

iCloud.com

**Apple Values**

Accessibility

Education

Environment

Inclusion and Diversity

Privacy

Supplier Responsibility

**About Apple**

Apple Info

Newsroom

Job Opportunities

Press Info

Investors

Events

Contact Apple

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2016 Apple Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map